**Dismiss and Opinion Filed September 28, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00435-CV**

**BARBIE CASON, Appellant**
**V.**
**GLORIA CAGE, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03009-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

On July 18, 2023, we sent a letter to the parties questioning our jurisdiction over this appeal. Our letter warned appellant that failure to file a brief letter addressing the Court's concern by July 28, 2023 would result in the dismissal of this appeal without further notice. Appellant failed to do so.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).

230435f.p05

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BARBIE CASON, Appellant

No. 05-23-00435-CV          V.

GLORIA CAGE, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas Trial Court Cause No. CC-22-03009-E.

Opinion delivered by Justice Reichek. Justices Partida-Kipness and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee GLORIA CAGE recover her costs of this appeal from appellant BARBIE CASON.

Judgment entered this 28th day of September, 2023.